AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No.  2:26-MJ-10 |
| | ) |
| Jesus Talamantes-Chapparro | ) |
| | ) |
| *Defendant(s)* | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

**JAN 1 3 2026**

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 13, 2026_____ in the county of _____Moore_____ in the

_____Northern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code, Section 1326(a) and 6 United States Code, Sections 202(3), 202(4) and 557 | Illegal Re-Entry After Deportation |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Roberto S. Ayala, HSI SA
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: ___1/13/2026___

_____
*Judge's signature*

City and state: _____Amarillo, Texas_____

Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT
### Case No. 2:26-MJ-10

### Title 8, United States Code, Section 1326(a)

As a result of my training and experience, I am familiar with federal immigration laws, including 8 U.S.C. § 1326(a), which makes it unlawful to illegally re-enter the United States after deportation or removal.  There are four elements to this offense: (1) That the defendant was an alien at the time alleged in the indictment; (2) That the defendant had previously been deported, denied admission, excluded, or removed from the United States; (3) That thereafter the defendant knowingly entered, attempted to enter, or was found in the United States; and (4) That the defendant had not received the consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to apply for readmission to the United States since the time of the defendant's previous deportation.  An "alien" is any person who is not a citizen or national of the United States.  8 U.S.C. 1101(a)(3).

### Facts Establishing Probable Cause

On January 13, 2026, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers located TALAMANTES Chapparro, Jesus, at the Moore County Jail in Dumas, Texas, which is in the Amarillo Division of the Northern District of Texas.  Immigration records revealed that TALAMANTES Chapparro is, and was on January 13, 2026, a citizen and national of Mexico by virtue of birth in Mexico.  Those records also showed that TALAMANTES Chapparro had been removed from the United States on or about, January 22, 2013, at or

1

near the Port of Departure in Del Rio, TX. Immigration records also showed that

TALAMANTES Chapparro had not received the consent of the Secretary of the

Department of Homeland Security or the Attorney General of the United States to apply

for readmission to the United States since the time of that previous removal.


Robert Ayala
Homeland Security Investigations
Special Agent


Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned
judicial officer has on this date considered the information communicated by reliable
electronic means in considering whether a complaint, warrant, or summons will issue. In
doing so, I have placed the affiant under oath, and the affiant has confirmed that the
signatures on the complaint, warrant, or summons and affidavit are those of the affiant,
that the document received by me is a correct and complete copy of the document
submitted by the affiant, and that the information contained in the complaint, warrant, or
summons and affidavit is true and correct to the best of the affiant's knowledge.


    Attested to by the applicant in accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone this 13ᵗʰ day of ___JANUARY___, 2026.


LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

2